PEOPLE EX REL. CITY OF DETROIT v. THE JUDGE OF THE RECORDER'S COURT OF DETROIT.

*Proceedings by the city to open a private alley.*

Mandamus will not lie to compel a court to allow proceedings to be instituted by the city to open a private alley for private benefit, where it does not appear that an application to the common council to take such proceedings had been made by responsible and interested parties.

MOTION for order to show cause why mandamus should not issue to compel the Judge of the Recorder's Court to allow proceedings to be taken by the city to open a private alley for private benefit. Submitted January 7. Decided January 10.

*F. A. Baker* for the motion.

*Otto Kirchner* against.

PER CURIAM. There is no reason why the city should not be the moving party in such proceedings *provided* it moves on the application of parties in interest. There is nothing in the present application to show that the parties interested appeared before or applied to the common council, and that body cannot start such proceedings except on application by responsible and interested parties.